**Order entered December 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00215-CV

## MARSHA DENISE DILLON, BENEFICIARY, ON BEHALF OF THE ESTATE OF BASKIN J. CULPEPPER AND MARSHA DILLON, INDIVIDUALLY, Appellant

## V.

## KIMBERLY KING, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01307-2**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number PR-17-01307-2 (Probate Court 2 of Dallas County, Texas), containing the following item:

- Order to Consolidate signed September 12, 2019, consolidating case number PR-19-00179-2 into case number PR-17-01307-2.

We note that this order might be located only in the records of trial court case number PR-19-00179-2 (Probate Court 2 of Dallas County, Texas).

The clerk shall file the supplemental clerk's record **within 14 days** from the date of this order.


/s/    DAVID J. SCHENCK
       PRESIDING JUSTICE